# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, the Commonwealth of Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, the Commonwealth of Virginia, Washington, Wisconsin, and the District of Columbia, <br><br>Ex rel. DR, GIBRAN AMEER, <br><br>                      Plaintiffs, <br><br>vs. <br><br>RESPIRONICS, INC., <br><br>                      Defendant. | Civil Action No.: 2:14-CV-02077-PMD |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS BROUGHT ON BEHALF OF THE UNITED STATES

Pursuant to Rule 41(a)(1) of the Federal Rules of Procedure and the qui tam provisions of the False Claims Act 31 U.S.C. § 3730(b)(1), and in accordance with the terms of this settlement agreement between the United States, Relator and Defendant, the United States on behalf of the United States and the Relator stipulate to the entry of an order: (1) dismissing all claims brought on behalf of the United States with prejudice as to the United States for the claims within the Covered Conduct released in the Settlement Agreement, and without prejudice as to any other

claims; (2) dismissing with prejudice as to the Relator for all claims brought on behalf of the United States; (3) dismissing with prejudice as to the Relator for all claims brought on behalf of himself.

The Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulate that the Settlement Amount set forth in the Settlement Agreement with the United States and the terms and conditions described therein are fair, adequate and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. §3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the Settlement Agreement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The United States and Relator respectfully request that the Court enter an order in the form of the attached proposed order dismissing all claims brought on behalf of the United States.

This Stipulation does not seek the dismissal of the claims brought by the Relator on behalf of the States or the Relator's share of those claims.

Respectfully submitted,

WILLIAM N. NETTLES
United States Attorney

By:    s/Jennifer J. Aldrich
       Jennifer J. Aldrich (#6035)
       Assistant United States Attorneys
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       Telephone (803) 343-3176

By:    s/Andrew G. Melling
       Andrew G. Melling, Fed. ID #7882
       Celeste T. Jones, Fed. ID #2225
       A. Victor Rawl, Jr., Fed. lD #6971
       l22l Main Street, P.O. Box I1390
       Columbia, South Carolina 29211
       (803) 799-9800

March 23, 2016                Attorneys for Qui Tam Relator